FILED

APR 1 0 2008

CLERK U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY _____ DEPUTY

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| CARTRELL MOSS,<br><br>        Petitioner,<br><br>        v.<br><br>V.M. ALMAGER, Warden,<br><br>        Respondent. | Case No.  CV 07-7115-ABC (MLG)<br><br>ORDER ACCEPTING AND ADOPTING<br>FINDINGS AND RECOMMENDATIONS OF<br>UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has reviewed the petition and all of the records and files and has conducted a de novo review of that portion of the Report and Recommendation of the United States Magistrate Judge to which objections were filed. The Court accepts and adopts the findings and recommendations in the Report and Recommendation and orders that judgment be entered dismissing the petition with prejudice.

Dated:  _____4/9/08_____


_____
Audrey B. Collins
United States District Judge