MD-JS6, ENT

FILED
APR 10 2008
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| CARTRELL MOSS,<br><br>    Petitioner,<br><br>    v.<br><br>V.M. ALMAGER, Warden,<br><br>    Respondent. | Case No. CV 07-7115-ABC (MLG)<br><br>JUDGMENT |

IT IS ADJUDGED that the petition is dismissed with prejudice.

Dated: 4/9/08

 

Audrey B. Collins
United States District Judge

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
APR 10 2008
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY